UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

ANTHONY D. GUTEK,

           Defendant.

Case:4:22-cr-20278
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 06-01-2022 At 02:48 PM
IN RE: SEALED MATTER (sk)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### PROHIBITED PERSON IN POSSESSION OF A FIREARM
### (18 U.S.C. § 922(g)(1))

On or about September 30, 2021, in the Eastern District of Michigan, ANTHONY D. GUTEK, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, specifically a Taurus, model G2C, 9mm caliber pistol in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
## (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One, ANTHONY D. GUTEK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense.

**THIS IS A TRUE BILL.**

Dated: June 1, 2022                           s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/JULES M. DePORRE                            s/ANTHONY P. VANCE
JULES M. DePORRE                              ANTHONY P. VANCE
Assistant United States Attorney              Assistant United States Attorney
MI State Bar P-73999                          Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: JMD |

Case Title: USA v. ANTHONY D. GUTEK

County where offense occurred : GENESEE

Check One:    ☑ Felony        ☐ Misdemeanor        ☐ Petty

 X  Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 1, 2022                    s/JULES M. DePORRE
    Date                        Jules M. DePorre
                                Assistant United States Attorney
                                210 Federal Building
                                600 Church Street
                                Flint, Michigan 48502
                                Telephone: (810) 766-5177
                                Email: Jules.DePorre@usdoj.gov
                                P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013